**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00150-CR
No. 05-14-00151-CR

**EMELIO PALACIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-34223-L, F13-31254-L**

## ORDER

The Court **REINSTATES** the appeals.

On August 1, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by court-appointed counsel J. Daniel Oliphant; (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Oliphant requested thirty days from the September 23, 2014 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **OCTOBER 23, 2014**. Because appellant's brief is already five months overdue, no further extensions will be granted. If the brief is not

filed by the date specified, the Court will utilize the available remedies to obtain appellant's brief.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
JUSTICE